IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| TIMOTHY SCHOEN, | CV 17-00039-GF-BMM-JTJ |
| Plaintiff, | |
| vs. | FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| DARRELL BELL, et al., | |
| Defendants. | |

Plaintiff Timothy Schoen filed an Amended Complaint against a number of United States Marshals; employees and medical providers at Crossroads Correctional Center (Crossroads) in Shelby, Montana; employees and medical providers at the Yellowstone County Detention Facility (YCDF) in Billings, Montana; and employees and medical providers at the Big Horn County Jail in Basin, Wyoming.  (Amd. Cmplt., Doc. 9.)

On November 6, 2017, this Court issued an Order finding that Mr. Schoen's Amended Complaint failed to state a claim upon which relief may be granted and was subject to dismissal.  Mr. Schoen was given an opportunity to file a second amended complaint on or before November 30, 2017.  He failed to do so.

Accordingly, for the reasons set forth in the Court's November 6, 2017 Order (Doc. 11), the Court finds that Mr. Schoen has failed to state a federal claim

1

upon which relief may be granted and therefore issues the following:

## RECOMMENDATIONS

1.  This matter should be DISMISSED for failure to state a federal claim.

2.  The Clerk of Court should be directed to close this matter and enter judgment in favor of Defendants pursuant to Rule 58 of the Federal Rules of Civil Procedure.

3.  The Clerk of Court should be directed to have the docket reflect that the Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure that any appeal of this decision would not be taken in good faith.  No reasonable person could suppose an appeal would have merit.  The record makes plain the Complaint lacks arguable substance in law or fact.

4.  The Clerk of Court should be directed to have the docket reflect that this dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g) because Mr. Schoen failed to state a claim upon which relief may be granted.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS & RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

Mr. Schoen may file objections to these Findings and Recommendations within fourteen (14) days after service (mailing) hereof.[1]  28 U.S.C. § 636.  Failure

---

[1]Rule 6(d) of the Federal Rules of Civil Procedure provides that "[w]hen a party may or must act within a specified time after being served and service is made

to timely file written objections may bar a de novo determination by the district

judge and/or waive the right to appeal.

This order is not immediately appealable to the Ninth Circuit Court of

Appeals.  Any notice of appeal pursuant to Fed.R.App.P. 4(a), should not be filed

until entry of the District Court's final judgment.

DATED this 11th day of December, 2017.


_/s/ John Johnston_____
John Johnston
United States Magistrate Judge

---

under Rule 5(b)(2)(C) (mail) . . . 3 days are added after the period would otherwise
expire under Rule 6(a)."  Therefore, since Mr. Schoen is being served by mail, he is
entitled an additional three (3) days after the period would otherwise expire.